**Opinion issued July 30, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01141-CR

———————————

**WILLIAM WHITFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1586194**

---

## MEMORANDUM OPINION

Appellant, William Whitfield, has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). Although the motion does not contain a certificate of conference, it contains a certificate of service on counsel for the State, has been on file with this Court for

more than ten days with no response, and no opinion has issued.  *See* TEX. R. APP.
P. 10.1(a)(5), 10.3(a), 42.2(a).

Accordingly, we grant the motion and dismiss this appeal.  *See* TEX. R. APP.
P. 42.2(a), 43.2(f).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.

Do not publish.   TEX. R. APP. P. 47.2(b).